IRVING RIESENBURGER, Appellant, v. HELEN M. DAY, Respondent.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

MEYER SCLAR and Others, Respondents, v. LEON SACKS, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached, and that appellant pay ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

JOSEPH SHEFFER and SIDNEY EDELSTEIN, Appellants, v. MAURICE GOLDSTEIN and SAMUEL YANOVER, Respondents.— Motion for reargument granted, the appellants consenting thereto. Case set down for December term. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

LOTTIE SNYDER, Respondent, v. CHARLES J. PINTEL and EVA DOROTHY PINTEL, Appellants, and SARGINS REALTY CO., INC., Defendant.— Motion granted upon condition that there be furnished to the court a copy of the printed papers on appeal on the former appeal or appeals, and which are recited in the order or orders now appealed from; all other papers to be printed. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

STEPHEN H. TOWNSEND and Others, Respondents, v. JOHN WHALEN, Appellant. — Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

UNION CREOSOTE AND OIL COMPANY, Respondent, v. AKTIENGESSELSCHAFT "ADLER" and AQUILA AKTIENGESELLSCHAFT FUR HANDELS AND INDUSTRIEN-UNTERNEHMUNGEN, FRANKFURT / MAIN, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

CLEANTHES VASSARDAKIS, Appellant, v. THE ENOSSIS PUBLISHING CO., INC., and Others, Respondents.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

HAFFIZ ABOUD, Appellant, v. ABRAHAM B. HARRIS, Respondent.— Order denying motion for retaxation of costs reversed upon the law, with ten dollars costs and disbursements, and motion to retax costs granted, with ten dollars costs. (*Hayward v. Clifton,* 221 App. Div. 802.) Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.

JULIUS CHRISTENSEN, Respondent, v. THE MICWIEL COMPANY, INC., and FRALBER REALTY CORPORATION, Appellants, Impleaded with Another, Defendant. — The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Judgment unanimously affirmed, with costs as to both appellants. No opinion. Present — Young, Rich, Kapper, and Lazansky, JJ.

BENJAMIN COHEN, Respondent, v. LOUISE B. DEMOTT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Lazansky, Hagarty and Seeger, JJ.